# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONY ANTUNEZ-PADILLA,**<br>Petitioner,<br>vs.<br>**JEFF SESSIONS, ET AL.,**<br>Respondents. | CASE NO. 18-cv-00476-YGR<br><br>**ORDER TO SHOW CAUSE** |

Petitioner Rony Antunez-Padilla has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. 2241, challenging the denial of a bond hearing by an immigration judge. Petitioner is in the custody of Immigration and Customs Enforcement as part of an ongoing removal proceeding. Petitioner seeks habeas relief arguing that he is entitled to a bond hearing pursuant to *Diouf v. Napolitano*, 634 F.3d 1081 (9th Cir. 2011). Here, the claims appear potentially colorable under 28 U.S.C. § 2241 and merit an answer from respondents. Moreover, given the allegation that petitioner has been detained for over six months, an expedited response is warranted.

Respondents **SHALL SHOW CAUSE** why petitioner's claim should not be granted, if that is their position, by **March 22, 2018**. If respondents oppose the motion, petitioner shall reply by **April 5, 2018**.

The clerk shall **SERVE** this order on petitioner and respondents.

The Court sets the matter for hearing on **Tuesday, April 17, 2018**, at 2:00 p.m., in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California.

**IT IS SO ORDERED.**

Dated: February 14, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**