# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONY ANTUNEZ-PADILLA,<br><br>Petitioner,<br><br>v.<br><br>JEFF SESSIONS, et al.,<br><br>Respondents | Case No.18-cv-00476-YGR<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff is hereby **ORDERED TO SHOW CAUSE** by **April 17, 2018**, as to why the above-captioned matter should not be dismissed for failure to prosecute in light of petitioner's lack of opposition to respondents' filing on April 5, 2018. (*See* Dkt. Nos. 9, 10.) Defendants shall (i) provide an update as to the status of petitioner and (ii) confirm service of filings and docket the same by **April 17, 2018**.

All hearing dates are hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: April 10, 2018

YVONNE GONZALEZ ROGERS
United States District Judge