# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONY ANTUNEZ-PADILLA**, <br><br> Petitioner, <br><br> vs. <br><br> **JEFF SESSIONS, ET AL.**, <br><br> Respondents. | Case No.: 18-cv-00476-YGR <br><br> **ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE** |

By Order issued April 10, 2018, petitioner was directed to file, no later than April 17, 2018 a statement explaining why the above-captioned matter should not be dismissed for failure to prosecute in light of petitioner's lack of opposition on April 5, 2018 to respondents' filing.  (*See* Dkt. Nos. 9, 10.)  As of April 18, 2018, petitioner has not filed a statement, nor has petitioner filed any other documents since February 13, 2018.  The Court has further considered respondents filings at Docket Nos. 13 and 14.

Accordingly, pursuant to Federal Rule of Civil Procedure 4(m) this action is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

Dated: April 18, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**